**EDWARDS WILDMAN**

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Julie L. Sauer
Associate
+1 212 912 2856
*fax* +1 888 325 9140
jsauer@edwardswildman.com

October 30, 2013

**VIA ECF**

Honorable Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Idlisan v. The Mount Sinai Medical Center
              12 Civ. 8935 (PAC) (RLE)

Dear Judge Ellis:

On behalf of our client, Defendant The Mount Sinai Hospital ("Mount Sinai") and Plaintiff Bernard Idlisan (the "parties"), I write in accordance with the Court's instruction that the parties submit a joint letter to the Court providing a status update regarding discovery. Plaintiff's deposition was conducted on October 11 and October 25, 2013 and is now complete. Plaintiff indicated that he will not conduct any depositions.

The following discovery remains to be completed: Plaintiff is to sign and return the medical authorizations provided to him at his deposition on October 11, 2013 so that Mount Sinai may obtain copies of Plaintiff's medical records. Plaintiff indicated that he will return the signed medical authorizations no later than November 6, 2013.

Respectfully submitted,

*Julie Sauer*

Julie L. Sauer

cc:      Bernard Idlisan (via email)
         *Pro se* Plaintiff

BOSTON • CHICAGO • HARTFORD • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MIAMI • MORRISTOWN
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH